UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x
                              :
UNITED STATES OF AMERICA      :
                              :   **ORDER**
    - v. -                    :
                              :   20 Cr. 448 (KMK)
LELAND ROBINSON,              :
                              :
              Defendant.      :
------------------------------x

Upon the application of Francis O'Reilly, Esq., counsel for the defendant, LELAND ROBINSON, with the consent of the United States, by its attorney, Audrey Strauss, Acting United States Attorney for the Southern District of New York, Marcia S. Cohen, of counsel, it is hereby

ORDERED, pursuant to Title 18, United States Code, Sections 4241(b), 4247(b) and 4247(c), that the defendant LELAND ROBINSON be transferred to a suitable Bureau of Prisons facility that performs psychiatric or psychological examinations consistent with the provisions of Section 4247(b) ("suitable BOP facility") for an examination to determine whether the defendant is suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense or to represent himself at trial, and for any necessary treatment; and it is further

ORDERED, pursuant to Title 18, United States Code, Section 4247(b), that a qualified examiner (the "examiner") conduct a psychiatric or psychological examination at a suitable BOP facility; and it is further

1

ORDERED, pursuant to Title 18, United States Code, Section 4247(b), that the examiner complete the examination of the defendant LELAND ROBINSON within forty-five (45) days of the defendant's arrival at the suitable BOP facility; and it is further

ORDERED, pursuant to Title 18, United States Code, Section 4247(c), that within a reasonable time following the conclusion of this examination, the examiner file a psychiatric and psychological report with the Court with copies provided to defense counsel Francis O'Reilly, Esq., O'Reilly & Shaw, 41 Unquowa Place, Fairfield, CT 06824, and Assistant United States Attorney Marcia S. Cohen, United States District Courthouse, 300 Quarropas Street, White Plains, NY 10601; and it is further

ORDERED, that the Clerk of the Court serve a copy of this Order upon the United States Marshals Service for the Southern District of New York and the Bureau of Prisons; and finally

The Court recommends that the suitable BOP facility to which the defendant LELAND ROBINSON is transferred be within the Southern District of New York, preferably the Metropolitan Correctional Center in New York, New York.

DATED:   September 25, 2020
         White Plains, New York

HON. KENNETH M. KARAS
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK