UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

**United States of America,**

        Plaintiff,                    20-cr-00448-KMK

-against-

**Leland Robinson,**                 CALENDAR NOTICE

        Defendant.
-------------------------------------------------------X

Please take notice that the above captioned action has been scheduled for a status conference before the Honorable Kenneth M. Karas, United States District Judge, on Monday, June 7, 2021 at 11:30 a.m. in Courtroom 521, U. S. District Court, 300 Quarropas Street, White Plains, New York 10601.

Dated: May 18, 2021
       White Plains, New York

So Ordered

_____
Kenneth M. Karas, U.S.D.J