UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------x

UNITED STATES OF AMERICA

    - v. -                                                        ORDER

LELAND ROBINSON,                           20 Cr. 448 (KMK)

             Defendant.

------------------------------------------x

        On or about September 25, 2020, this Court issued an Order, pursuant to Title 18, United States Code, Sections 4241(b), 4247(b) and 4247(c), directing a qualified examiner (the "Examiner") to conduct a psychiatric and/or psychological examination of LELAND ROBINSON to determine his competency to stand trial and his competency to represent himself. On or about February 25, 2021, the Examiner issued a report ("Report-1") to the Court. Report-1 concluded that LELAND ROBINSON did not present with a Mental Disease or Mental Defect. Report-1 further concluded that LELAND ROBINSON "currently does possess a rational and factual understanding of the proceedings against him, does have the capacity to assist legal counsel in his defense, and can rationally make decisions regarding legal strategy." Although the Court's September 25, 2020 Order requested that the Examiner also address the defendant's competency to represent himself at trial, Report-1 did not make specific findings with respect to this issue and did not discuss this issue in any detail.

        ACCORDINGLY, it is hereby ORDERED, pursuant to Title 18, United State Code, Sections 4241(b), 4247(b) and 4247(c), that the Examiner provide an additional report to the Court that more fully addresses the question of LELAND ROBINSON's competency to represent himself throughout the proceedings in this case; and it is further

        ORDERED that the Examiner provide this report to the Court within 30 days of the date of this Order, with copies provided to defense counsel Francis O'Reilly, Esq., O'Reilly & Shaw, 41

Unquowa Place, Fairfield, CT 06824, and Assistant United States Attorney Marcia S. Cohen, United States District Courthouse, 300 Quarropas Street, White Plains, NY 10601; and it is further

ORDERED that the Clerk of the Court serve a copy of this Order upon the Bureau of Prisons.

Dated: White Plains, New York
June 28, 2021

KENNETH M. KARAS
UNITED STATES DISTRICT JUDGE