UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

United States,

    -against-                                  ORDER

                                                Docket No. 20 CR 00448 (KMK)

Leland Robinson,

                Defendant.

-----------------------------------------------------------x

KARAS, U.S. DISTRICT JUDGE:

       Deveraux Cannick, Esq., is to assume representation of the defendant in the above captioned matter as of May 25, 2022. Mr. Cannick is appointed pursuant to the Criminal Justice Act. His address is Aiello & Cannick, 69-06 Grand Avenue, Maspeth, NY 11378, phone number (718) 426-0444; Email: dlcannick@yahoo.com

SO ORDERED

KENNETH M. KARAS
UNITED STATES DISTRICT JUDGE

Dated: White Plains, New York
       May 26, 2022