UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

                         Plaintiff,

v.

LELAND ROBINSON,

                         Defendant.

Case No. 20-CR-448 (KMK)

ORDER

---

KENNETH M. KARAS, District Judge:

      For reasons stated on the record at a status conference held on January 11, 2023, the Court denies the following pending motions: (1) Motion to Dismiss the Indictment, (Dkt. No. 61); (2) Motion for Summary Judgment. (Dkt. No. 70); (3) Motion for Evidentiary Hearing, (Dkt No. 71); (4) Motion for Bail, (Dkt. No. 72); and (5) Motion to Exclude I-Messages, (Dkt. No. 80). The Clerk of the Court is respectfully requested to terminate the pending motions. (Dkt. Nos. 61, 70, 71, 72, 80.)

SO ORDERED.

DATED:    January 11, 2023
                White Plains, New York

                                        KENNETH M. KARAS
                                        UNITED STATES DISTRICT JUDGE