MEMO ENDORSED

# AIELLO CANNICK
## Your rights • Our business

Robert J. Aiello
Deveraux L. Cannick

Jennifer Arditi

Of Counsel
    John S. Esposito
    Anthony J. Rattoballi

*69-06 Grand Avenue*
*Maspeth, New York 11378*
*(718) 426-0444, Fax (718) 803-9764*
*Email: info@aiellocannick.com*

January 18, 2023

Honorable Kenneth M. Karas
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas Street
White Plains, New York 10601-4150

    **Re:**    **United States v. Leland Robinson**
               **Case No. 7:20-cr-00448-KMK-1**

Dear Judge Karas:

    Mr. Robinson has requested that we purchase a book for him "Turning Points at Trial" which on Amazon lists for $69.95. After conferring with the CJA clerk she informed us that we would need a Court Order from Your Honor in order to proceed and the book must be returned to Allan Nelson at the completion of his case.

    Thank you in advance for your decision.

Respectfully submitted,

*/s/ Deveraux L. Cannick*

Deveraux L. Cannick

DLC/mw

SO ORDERED

KENNETH M. KARAS U.S.D.J.

1/19/2023