MEMO ENDORSED

# AIELLO CANNICK
### Your rights • Our business

Robert J. Aiello
Deveraux L. Cannick

Jennifer Arditi

**Of Counsel**

John S. Esposito
Anthony J. Rattoballi

69-06 Grand Avenue
Maspeth, New York 11378
(718) 426-0444, Fax (718) 803-9764
Email: info@aiellocannick.com

February 13, 2023

**VIA ECF**
Honorable Kenneth M. Karas
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas Street
White Plains, New York 10601-4150

    Re:    **United States v. Leland Robinson**
              **Case No. 7:20-cr-00448-KMK-1**

Dear Judge Karas:

    I represent Leland Robinson as stand-by defense counsel pursuant to the provisions of the Criminal Justice Act ("CJA"), 18 U.S.C. § 3006A. I respectfully request that the Court permit defense counsel to file interim vouchers.

                                              Respectfully submitted,

                                              */s/ Deveraux L. Cannick*

                                              Deveraux L. Cannick

DLC/mw

SO ORDERED

KENNETH KARAS, U.S.D.J.

2/14/2023