UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

United States,

    -against-                                                              ORDER

                                                                                       Docket No. 20 CR 00448 (KMK)

Leland Robinson,

           Defendant.

-------------------------------------------------------x

KARAS, U.S. DISTRICT JUDGE:

      James E. Neuman, is to assume representation of the defendant in the above captioned matter as of March 7, 2023. Mr. Neuman is appointed pursuant to the Criminal Justice Act. His address is 100 Lafayette Street, Suite 501, New York, New York 10013; phone number (212) 966–5612, Email: james@jamesneuman.com. Mr. Cannick is relieved as counsel.

SO ORDERED

KENNETH M. KARAS
UNITED STATES DISTRICT JUDGE

Dated: White Plains, New York
       March 8, 2023