**MEMORANDUM ENDORSED**

# JAMES E. NEUMAN, P.C.
Attorney at Law
100 Lafayette Street – Suite 501
New York, New York 10013

TEL 212-966-5612
FAX 646-651-4559
www.jamesneuman.com
james@jamesneuman.com

March 20, 2023

Hon. Kenneth M. Karas
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601-4150

Re: *United States v Leland Robinson*, 20 Cr. 448 (KMK)

Your Honor:

As you may recall, I was recently appointed to act as the "legal advisor" for Leland Robinson in the referenced case. Today, I met with Mr. Robinson and we discussed, *inter alia*, the suppression hearing now scheduled for April 26, 2023. Mr. Robinson informed me that there are certain investigative steps he wished to pursue prior to the suppression hearing, but it was unclear whether those could be completed prior to the hearing.

Accordingly, we suggest that a conference be scheduled as soon as is convenient for this Court. At the conference, the parties can discuss whether the suppression hearing should be postponed. Also at the conference I hope to clarify with this Court the expectations for me in my role as legal advisor.

The Court will hold a conference on
3/29/23 3:30
So Ordered.
/s/
3/21/23

Respectfully submitted,

/s/
James E. Neuman