UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
——————————————————————X

UNITED STATES OF AMERICA,

                                  **ORDER**

      -against-

                                  **20 Cr. 448 (KMK)**

LELAND ROBINSON

                    Defendant.
——————————————————————X

      WHEREAS, the Court and the parties seek to ensure that the Defendant Leland Robinson, has meaningful access to review discovery and, in his capacity representing himself *pro se*, prepare for all stages of the trial while detained at the Metropolitan Detention Center, Brooklyn, NY ("MDC"); and

      WHEREAS, the Court seeks to ensure that such access does not jeopardize the security and operational interests of the MDC.

      IT IS HEREBY ORDERED THAT:

      1. Assigned counsel (acting as legal advisor to the Defendant), is authorized to procure with CJA funds a laptop computer and any necessary hard drives that may be required to provide the defendant with access to the discovery for purposes of discovery review and preparation for all stages of the trial. Counsel shall provide the computer to a designated vendor, to ensure that the computer's wireless capabilities are disabled (i.e., "air-gapped") in a manner acceptable to the MDC;

2. Assigned counsel (or a designated vendor) shall provide the computer to the Government, with the computer clearly marked with the Defendant's name and BOP number;

3. The Government shall save the discovery (subject to the same terms of any existing Protective Order) onto the computer, or alteratively a hard drive, to provide the Defendant with access to the discovery;

4. The Government shall confirm that the discovery is viewable on the computer prior to sending it to the MDC;

5. Once the discovery is saved on the computer or hard drive, the Government shall send the computer to an Officer designed by the MDC to receive the device. That designated Officer shall keep the computer and charging wire in an officer or location acceptable to the MDC.

6. The Defendant will be allowed to access the computer on a temporary basis and at times approved by prison personnel. This review will take place in the Defendant's unit or at another location designed by the MDC. The Defendant should be afforded the ability to review the discovery and use the computer ~~for several hours a day~~ to the extent consistent with the rules, regulations and policies of the MDC;

7. After he is finished using the computer for any give day, the Defendant shall return the computer to the designated Officer;

8. The defendant will use the computer for the sole purpose of reviewing the discovery and preparing for his trial, and will not share the computer or materials loaded onto the computer with other inmates or any individual not assigned to work on the case. Nor will the defendant access or attempt to access the internet.

9. This Court will revisit this Order and the Defendant's access to the computer if it appears that he is not abiding by this Order;

10. No later than the conclusion of the proceedings against the Defendant, the MDC shall return the computer to his counsel (i.e., legal advisor), who will promptly provide it to the Administrative Office of the U.S. Courts if it was purchased with CJA funds;

Dated: New York, NY
April 9, 2023

SO ORDERED

Hon. Kenneth Karas
United States District Court
Southern District of New York

4/10/23