UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v-<br><br>LELAND ROBINSON,<br><br>                  Defendant. | No. 20-CR-448 (KMK)<br><br>SCHEDULING ORDER |

KENNETH M. KARAS, United States District Judge:

      Trial of this case will begin on July 24, 2023, at 9:30 A.M. at the U.S. District Court, 300 Quarropas Street, White Plains, New York 10601. Chambers will advise the Parties as to which Courtroom the trial will be held.

      The Government shall produce to Defendant any evidence it will seek to introduce at trial pursuant to Federal Rule of Evidence 404(b) and an accompanying Memorandum of Law, if necessary, by June 26, 2023 (four weeks prior to trial). Defendant shall file a response to the Government's 404(b) motion, if necessary, by July 3, 2023. The Government shall file its reply, if necessary, by July 10, 2023. The Government shall ensure that Defendant is given an opportunity to view any sensitive evidence it will seek to introduce at trial which the Government cannot send to Defendant.

      The Government shall produce to Defendant pre-marked exhibits it intends to introduce as part of its case-in-chief at trial by June 26, 2023 (four weeks prior to trial). If there are exhibits the Government does not want to produce, it must make them available to Defendant in person by July 10, 2023 (two weeks prior to trial).

      The Government shall produce to Defendant any material pursuant to 18 U.S.C. § 3500 and *Giglio* by July 17, 2023 (one week prior to trial).

      The Parties' motions *in limine* are due by July 10, 2023 (two weeks prior to trial). Oppositions to motions *in limine* are due by July 17, 2023 (one week prior to trial). Failure to object will waive any subsequent objections.

      The Parties' proposed jury instructions, voir dire, and proposed verdict form are due by July 10, 2023 (two weeks prior to trial).

      Defendant is also reminded of his obligations under Fed. R. Crim. P. 16, which imposes a duty upon the Defendant to "disclose to the government, in writing, the information required by (iii) for any testimony that the defendant intends to use under Federal Rule of Evidence 702, 703,

or 705 during the defendant's case-in- chief at trial." Defendant must make such disclosures by no later than July 10, 2023.

The Court will hold a final pre-trial Conference on July 20, 2023 at 11:00 A.M.

The Government is ordered to send Defendant a copy of all Orders and memo endorsements to date through Federal Express by no later than May 23, 2023.

Time is excluded from the Speedy Trial Act until July 24, 2023, in the interests of justice. *See* 18 U.S.C. § 3161(h)(7)(A).

SO ORDERED.

DATED:   May 16, 2023
         White Plains, New York

_____
KENNETH M. KARAS
UNITED STATES DISTRICT JUDGE