UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

     -v-

LELAND ROBINSON,

                  Defendant.

No. 20-CR-448 (KMK)

SCHEDULING ORDER

KENNETH M. KARAS, United States District Judge:

       The Court deemed all post-trial motions to have been made at the completion of trial completed on July 28, 2023.  Defendant shall file his respective briefs in support of his motions by no later than September 1, 2023.  The Government shall file its responses by no later than September 29, 2023.  If necessary, the Court shall schedule oral argument at a later date.

SO ORDERED.

DATED:     July 31, 2023
             White Plains, New York

_____
KENNETH M. KARAS
UNITED STATES DISTRICT JUDGE