# JAMES E. NEUMAN, P.C.

Attorney at Law
100 Lafayette Street – Suite 501
New York, New York 10013

TEL 212-966-5612
FAX 646-651-4559
www.jamesneuman.com
james@jamesneuman.com

**MEMO ENDORSED**

August 9, 2023

Hon. Kenneth M. Karas
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601-4150

      Re: *United States v Leland Robinson*, 20 Cr. 448 (KMK)

Your Honor:

      This letter is submitted to request permission to submit interim vouchers pursuant to the Criminal Justice Act. As you may recall, I was appointed to act as the "legal advisor" for Leland Robinson in October, 2022. Following the recent trial, Mr. Robinson advised me that he wanted me to remain as his "legal advisor" through the sentencing process. Thus, the case is not likely to be complete for several more months, at least.

      For these reasons, I request permission to submit interim vouchers.

                                                                  Respectfully submitted,

                                                                  /s/
                                                              James E. Neuman

Granted. So ordered.

/s/ KMK
August 9, 2023