MEMO ENDORSED

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

V

LELAND ROBINSON

Case # 7:20-cr-00448-KMK

## MOTION TO STAY NOTICE

Dear Judge Karas the defense hereby request a motion to stay for the defendant Leland Robinson. A motion to stay will allow the defendant to properly prepair for his up coming appeal to the United States court of Appeals for the Second Circuit.

11/14/23

Motion is denied. Mr. Robinson has had more than enough time to submit his post-trial filings. The Clerk is asked to mail a copy of this document to Mr. Robinson.

So Ordered
11/21/23

LELAND ROBINSON
#35288-057
MDC BROOKLYN
80 29TH STREET
BROOKLYN NY 11232

NEW YORK NY 100
15 NOV 2023 PM 6 L

USMS
SDNY
WP

HON. KENNETH M. KARAS
United States District Judge
United States District Court,
Southern District of New York
300 Quarropas Street White Plains,
New York 10601-4150

10601-415099