# JAMES E. NEUMAN, P.C.

Attorney at Law
100 Lafayette Street – Suite 501
New York, New York 10013

TEL 212-966-5612
FAX 646-651-4559
www.jamesneuman.com
james@jamesneuman.com

January 5, 2024

Hon. Kenneth M. Karas
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601-4150

Re: *United States v Leland Robinson*, 20 Cr. 448 (KMK)

Your Honor:

      I am writing to memorialize a request by Leland Robinson, who is still acting *pro se*, to adjourn the sentencing until sometime in February. As discussed in recent emails, I have been on trial for the past month, and as of the current date, still awaiting a verdict. Yesterday, though, I received a call from Mr. Robinson after I left the court. He told me that he had not received the pre-sentence report (either the initial draft or the final draft). My understanding had been that the Probation Department sent him the initial draft of the PSR. I also personally mailed Mr. Robinson the final PSR on or about December 26. Nevertheless, Mr. Robinson says that he received neither and, therefore, asked that I communicate to this Court his request to postpone sentencing until February or a later date.

      I have advised the prosecutors about the situation. They have informed me that they reluctantly agree to an adjournment, but wish to confer with the victim (who intends to appear at sentencing) before agreeing to a particular schedule.

The sentence will be adjourned, but the Court will have a conference on the same date and time scheduled for the sentence. This will ensure that Mr. Robinson can be given a copy of the PSR in person. We also can agree to a new (and final) date for the sentence.

Respectfully submitted,

/s/
James E. Neuman

So Ordered.
1/6/24